B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Minnesota | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dewey Furniture, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>, |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **41-1639274** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**206 Minnesota Avenue NW**<br>**Bemidji, MN**<br>ZIPCODE **56601** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Beltrami** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [✓] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [✓] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Dewey Furniture, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br> Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Dewey Furniture, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ William A. Vincent*
Signature of Attorney for Debtor(s)

**William A. Vincent 020836X**
**William A. Vincent, P.A.**
**17736 Excelsior Boulevard**
**Minnetonka, MN 55345**
**(952) 401-8880  Fax: (952) 401-8889**
**wavpatax@aol.com**

**June 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Donald Peterson*
Signature of Authorized Individual

**Donald Peterson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 17, 2011**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# District of Minnesota

**IN RE:**            Case No. _____

**Dewey Furniture, Inc.**        Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Hirt Properties LLC**<br>**P.O. Box 294**<br>**Bemidji, MN 56601** | | **Trade debt** | | 205,631.00<br>Collateral:<br>40,343.00<br>Unsecured:<br>165,288.00 |
| **Minnesota Department Of Revenue**<br>**Collection Division, Bankruptcy Section**<br>**P.O. Box 64447-BKY**<br>**St. Paul, MN 55164-0447** | | **Trade debt** | | 87,428.51 |
| **Internal Revenue Service**<br>**Wells Fargo Place**<br>**30 East 7th Street, STOP 5700**<br>**St. Paul, MN 55101** | | **Trade debt** | | 81,725.37 |
| **Wells Fargo Financial**<br>**Customer Service**<br>**800 Walnut Street**<br>**Des Moines, IA 50309** | **Gurstel Staloch & Chargo**<br>**6681 Country Club Drive**<br>**Golden Valley,mn, MN 55427** | **Bank loan** | | 55,350.74 |
| **Swift Financial**<br>**C/O CACSI, LLC**<br>**4340 S. Monaco St.**<br>**Denver, CO 80237** | | **Trade debt** | | 46,423.73 |
| **Capital One**<br>**PO Box 60024**<br>**City Of Industry, CA 91716-0024** | **Coface**<br>**3001 Division St**<br>**Metairie, LA 70001** | **Trade debt** | | 39,917.80 |
| **Integrity Payment Systems**<br>**1700 Higgins Road Suite 690**<br>**Des Plains, IL 60018** | | **Trade debt** | | 32,645.25 |
| **B B & T Factors**<br>**Market Square Tower**<br>**PO Box 310**<br>**High Point, NC 27261** | **Bernick & Lifson**<br>**The Colonade, Suite 1200**<br>**5500 Wayzata Blvd.**<br>**Minneapolis, MN 55416** | **Trade debt** | | 13,621.68 |
| **PB TV**<br>**1831 Anne Street NW**<br>**Bemidji, MN 56601** | | **Trade debt** | | 5,250.00 |
| **Bemidji Co Op**<br>**P.O. Box 980**<br>**Bemidji, MN 56601** | | **Trade debt** | | 5,112.24 |
| **Wolfcraft Furniture**<br>**520 S. Front Street**<br>**Unity, WI 54488** | **Gurstel Chargo**<br>**6681 Country Club Drive**<br>**Golden Valley, MN 55427** | **Trade debt** | | 4,572.43 |
| **Alco**<br>**455 37th Ave Ne**<br>**Columbia Heights, MN 55421** | | | | 4,180.85 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---:|
| **Bemidji Pioneer**<br>1320 Nielson Avenue SE<br>Bemidji, MN  56601 | **United Accounts**<br>P.O. Box 9239<br>Fargo, ND  58106 | **Trade debt** | **4,029.30** |
| **Minnesota Energy**<br>PO Box 659795<br>San Antonio, TX  78265-9795 | | **Trade debt** | **2,779.83** |
| **Buy Line**<br>309 3rd Street<br>Bemidji, MN  56601 | **Aka Financial**<br>618 1st St. E.<br>Park Rapids, MN  56470 | **Trade debt** | **2,604.00** |
| **CIT**<br>P.O. Box 1036<br>Charlotte, NC  28282 | | **Trade debt** | **2,524.75** |
| **Perdue**<br>10115 Kincey Avenue<br>Suite 100<br>Huntersville, NC  28078 | **Vericore**<br>10115 Kincey Avenue<br>Suite 100<br>Huntersville, NC  28078 | **Trade debt** | **1,913.60** |
| **Unique Lamp Co**<br>1700 IDS Center<br>80 South Eighth Street<br>Mpls, MN  55402 | **Wagner, Falconer & Judd**<br>1700 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN  55402-2113 | **Trade debt** | **1,337.45** |
| **Carolina Furniture**<br>P.O. Drawer 1120<br>Sumter, SC  29151 | | **Trade debt** | **957.50** |
| **Waste Management**<br>W 132 North Grant Drive<br>Germantown, WI  53022 | **Advantage**<br>P.O. Box 353<br>Cambridge, MN  55008 | **Trade debt** | **589.74** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 17, 2011**     Signature: */s/ Donald Peterson*

**Donald Peterson, President**
(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Advantage
P.O. Box 353
Cambridge, MN  55008


Aka Financial
618 1st St. E.
Park Rapids, MN  56470


Alco
455 37th Ave Ne
Columbia Heights, MN  55421


B B & T Factors
Market Square Tower
PO Box 310
High Point, NC  27261


Bemidji Co Op
P.O. Box 980
Bemidji, MN  56601


Bemidji Pioneer
1320 Nielson Avenue SE
Bemidji, MN  56601


Bernick & Lifson
The Colonade, Suite 1200
5500 Wayzata Blvd.
Minneapolis, MN  55416


Buy Line
309 3rd Street
Bemidji, MN  56601

Capital One
PO Box 60024
City Of Industry, CA  91716-0024


Carol Peterson
687 Kennedy Drive SW
Bemidji, MN  56601


Carolina Furniture
P.O. Drawer 1120
Sumter, SC  29151


CIT
P.O. Box 1036
Charlotte, NC  28282


Coface
3001 Division St
Metairie, LA  70001


Dewey Properties, LLC
206 Minnesota Avenue NW
Bemidji, MN  56601


Donald Peterson
687 Kennedy Drive SW
Bemidji, MN  56601


Gurstel Chargo
6681 Country Club Drive
Golden Valley, MN  55427


Gurstel Staloch & Chargo
6681 Country Club Drive
Golden Valley,mn, MN  55427

Hirt Properties LLC
P.O. Box 294
Bemidji, MN  56601


Integrity Payment Systems
1700 Higgins Road Suite 690
Des Plains, IL  60018


Internal Revenue Service
Wells Fargo Place
30 East 7th Street, STOP 5700
St. Paul, MN  55101


Margaret Hirt
PO Box 294
Bemidji, MN  56619


Minnesota Department Of Revenue
Collection Division, Bankruptcy Section
P.O. Box 64447-BKY
St. Paul, MN  55164-0447


Minnesota Energy
PO Box 659795
San Antonio, TX  78265-9795


Paladin Commercial
3124 S. Parker Road
AS-119
Aurora, CO  80014


PB TV
1831 Anne Street NW
Bemidji, MN  56601

Perdue
10115 Kincey Avenue
Suite 100
Huntersville, NC  28078


Robert E. Hirt
PO Box 294
Bemidji, MN  56619


Serta
3124 S. Parker Road
A2-119
Aurora, CO  80014


Swift Financial
C/O CACSI, LLC
4340 S. Monaco St.
Denver, CO  80237


Unique Lamp Co
1700 IDS Center
80 South Eighth Street
Mpls, MN  55402


United Accounts
P.O. Box 9239
Fargo, ND  58106


Vericore
10115 Kincey Avenue
Suite 100
Huntersville, NC  28078


Violet Peterson
620 - 21st Street
Bemidji, MN  56601

```
Wagner, Falconer & Judd
1700 IDS Center
80 S. 8th Street
Minneapolis, MN  55402-2113


Waste Management
W 132 North Grant Drive
Germantown, WI  53022


Wells Fargo Financial
Customer Service
800 Walnut Street
Des Moines, IA  50309


Wolfcraft Furniture
520 S. Front Street
Unity, WI  54488
```