# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In Re: Dewey Furniture, Inc.,

         Debtor.

Bky Case No. 11-
Chapter 11 Case

---

## DEBTOR'S APPLICATION FOR RETENTION OF ATTORNEY

---

TO:    The Honorable Judge of the United States Bankruptcy Court, Office of the United States Trustee, and all parties in interest:

Dewey Furniture, Inc., (Debtor), hereby applies to this honorable Court for its Order as follows:

1.    The Debtor is serving as Debtor in Possession in the above-captioned bankruptcy case. This bankruptcy case was commenced by the filing of a voluntary bankruptcy petition on June 17, 2011. This case is now pending before this honorable Court. The Debtor seeks to employ William A. Vincent, P.A. as attorneys for the Debtor pursuant to §327 of the United States Bankruptcy Code. By agreement with the Debtor, William A. Vincent, P.A. is to be compensated on an hourly basis at the rate of $250.00 per hour. The Debtor has also agreed to reimburse William A. Vincent, P.A. for costs and expenses incurred on behalf of the Debtor during the course of his representation.

2.    To the best of your applicant's information, William A. Vincent is an attorney that is experienced in legal matters of the nature involved in this case, and is a disinterested person as required by law. The fees to be charged by William A. Vincent are consistent with those fees

charged by other counsel in the community with similar experience and engaged in similar practices, and will be subject to the approval of the Bankruptcy Court.

3. William A. Vincent, P.A. has agreed to perform services on an hourly fee basis. Debtor has paid a retainer of $2,500.00. Applicant requests that interim applications for payment of compensation and reimbursement of costs be allowed to be made to the bankruptcy court not more than once every 60 days, unless otherwise ordered by the Court. Applicant further requests that the Debtor be permitted to pay invoices from Debtor's counsel as received on a monthly basis, subject to a hold back of 20 percent of the invoiced fees as provided in instruction 9 (c) of this Court's Instructions for Filing a Chapter 11 Case. William A. Vincent, P.A. has agreed to disgorge and return such fees (and has the ability to do so) should the Court so order. Debtor has agreed to this procedure.

4. Applicant, therefore, requests an Order of this Court authorizing the employment of William A. Vincent, P.A. as Counsel to the Debtor on the terms and conditions set forth herein.

**Respectfully Submitted,**

Dated: _____, 2011

**Dewey Furniture, Inc.**

By: _____
   Donald Peterson

3. William A. Vincent, P.A. has agreed to perform services on an hourly fee basis. Debtor has paid a retainer of $2,500.00. Applicant requests that interim applications for payment of compensation and reimbursement of costs be allowed to be made to the bankruptcy court not more than once every 60 days, unless otherwise ordered by the Court. Applicant further requests that the Debtor be permitted to pay invoices from Debtor's counsel as received on a monthly basis, subject to a holdback of 20 percent of the invoiced fees as provided in instruction 9 (c) of this Court's Instructions for Filing a Chapter 11 Case. William A. Vincent, P.A. has agreed to disgorge and return such fees (and has the ability to do so) should the Court so order. Debtor has agreed to this procedure.

4. Applicant, therefore, requests an Order of this Court authorizing the employment of William A. Vincent, P.A. as Counsel to the Debtor on the terms and conditions set forth herein.

**Respectfully Submitted,**

Dated: 6/16/11, 2011

**Dewey Furniture, Inc.**

By: *[signature]*
Donald Peterson

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: Dewey Furniture, Inc.

Debtor.

Bky Case No. 11-
Chapter 11 Case

AFFIDAVIT OF WILLIAM A. VINCENT

William A. Vincent, being first duly sworn upon oath, states as follows:

1. I am an attorney duly licensed to practice law and admitted to practice before the state and federal courts of the State of Minnesota, including the United States Bankruptcy Court, and maintain an office at William A. Vincent, P.A., 17736 Excelsior Boulevard, Minnetonka, Minnesota 55345.

2. The undersigned neither holds nor represents any adverse interest to the interest of the Debtor in the above reorganization proceedings and is disinterested to the extent required by law. Your Affiant has received no transfer, assignment or pledge of property from the Debtor.

3. To the best of your Affiants knowledge, he has no connections with any of the creditors in this case, or any other party in interest, or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

4. Your Affiant has not made any agreement for the sharing of fees in connection with the proposed representation, as set forth in the Application for Retention submitted herewith.

5. The undersigned has agreed to represent the Debtor, as Counsel, in connection with the above-captioned reorganized proceedings.

6. Your Affiant has entered into a fee agreement with the Debtor which, if approved, will provide for payment for services rendered at the rate of $250.00 per hour, the usual and customary rate charged by your Affiant in similar cases, together with costs and expenses.

7. If William A. Vincent P.A. is retained and engaged as counsel for the Debtor, the compensation to be paid to them for professional services rendered and to be rendered will be calculated according to the stated hourly rates. William A. Vincent, P.A. requests that it be allowed to apply to the Court on interim applications not more than once every 60 days for approval of such compensation, unless otherwise ordered by the Court. In addition, William A. Vincent, P.A. requests that it be permitted to be paid by the Debtor, on its invoices, on a monthly basis, subject to a 20 percent hold back on invoiced fees, as provided in instruction 9(c) of the court's published Instructions for Filing a Chapter 11 Case. William A. Vincent, P.A. agrees to disgorge and return such fees (and has the ability to do so) should the court so order. Debtor as agreed to this procedure.

8. It is your Affiant's understanding that upon approval of the retention proposed herein, your Affiant will appear as Counsel for the above-mentioned Debtor.

**FURTHER YOUR AFFIANT SAITH NOT.**

Dated: 6/16, 2011

William A. Vincent
Atty. Reg. No. 020836X
William A. Vincent, P.A.
17736 Excelsior Boulevard
Minnetonka, MN 55345
Telephone: (952) 401-8880
Facsimile: (952) 401-8889
Email: wavpatax@aol.com

Subscribed to and sworn before me
this 16 day of June, 2011.

Notary Public

GREGORY A. LANG
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2015

5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:   Dewey Furniture, Inc.                    Bankruptcy Case No. 11-
                                                  Chapter 11 Case
                Debtor.

## UNSWORN CERTIFICATE OF SERVICE

     I, William A. Vincent, of William A. Vincent, P.A., 17736 Excelsior Boulevard, Minnetonka, MN 55345, declare under penalty of perjury that on the 17th day of June, 2011, a copy of the **Application for Retention of Attorney, Affidavit of William A. Vincent, Certificate of Service and Proposed Order,** was sent via e-notice by the U.S. Bankruptcy Court to the following:

U.S. Trustee            ustpregion12mn.ecf@usdoj.gov

Executed on: June 17, 2011

                                                       */e/ William A. Vincent*
                                                       William A. Vincent

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: Dewey Furniture, Inc.                  Bky Case No. 11-
                                              Chapter 11 Case
          Debtor.

**ORDER**

This case came before the United States Bankruptcy Court upon the Application for an Order Authorizing the Employment of William A. Vincent, P.A. for the Debtor. By this Application, the Debtor seeks to retain William A. Vincent, P.A. as Counsel for the Debtor.

Based upon all of the facts, files, and records herein,

IT IS HEREBY ORDERED,

1. The Application seeking approval for the retention of William A. Vincent, and William A. Vincent, P.A. is hereby approved;

2. William A. Vincent, P.A. is authorized to make interim applications to the Court for approval of fees and costs, not more than once every 60 days, unless otherwise ordered by the Court;

3. Debtor is authorized to pay monthly invoices of William A. Vincent, P.A. pursuant to the instructions in paragraph 9 (c) of this Courts published Instructions for Filing a Chapter 11 Case.

Dated:

_____

Judge, United States Bankruptcy Court